## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHERRY L. IRVIN,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**                                    **No. 10-CV-085-DRH**

## JUDGMENT IN A CIVIL CASE

       **DECISION BY COURT.**  This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

       **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 23, 2011 the Court **REMANDS** the case for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

                    **NANCY J. ROSENSTENGEL,**
                    **CLERK OF COURT**


                    **BY:**_____*s/Sandy Pannier*_____
                              **Deputy Clerk**

Dated: March 24, 2011

Digitally signed by
David R. Herndon
Date: 2011.03.24
11:40:07 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT