IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRY L. IRVIN,

**Plaintiff,**

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

**Defendant.**  No. 10-CV-085-DRH-CRP

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the joint stipulation for attorney fees (Doc. 36) pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2142. The parties stipulate to an award to plaintiff of attorney fees and expenses in the amount of $5,700.00 in full satisfaction and settlement of any and all claims plaintiff may have under the EAJA in this case. The Court acknowledges the joint stipulation for attorney fees (Doc. 36) and awards plaintiff $5,700.00 in attorney fees and expenses.

**IT IS SO ORDERED.**

Signed this 26th day of April, 2011.

Digitally signed by
David R. Herndon
Date: 2011.04.26
17:23:55 -05'00'

**Chief Judge
United States District Court**